IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 2 8 2012

CLERK, U.S. DISTRICT COURT
by _____
Deputy

UNITED STATES OF AMERICA )
)
VS. )               CASE NO.:  3:11-CR-250-M (13)
)
OWEN GONZALEZ REYES )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

OWEN GONZALEZ REYES, by consent, under authority of United States v. Dees, 125 F.3d

261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea

of guilty to Count(s) 1 of the superseding Indictment.  After cautioning and examining OWEN

GONZALEZ REYES under oath concerning each of the subjects mentioned in Rule 11, I determined

that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported

by an independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that OWEN

GONZALEZ REYES be adjudged guilty and have sentence imposed accordingly.

Date:   February 28, 2012

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).